# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0479

_____

LINDA DRESSER,

   Appellant,

   v.

SPEEDWAY GAS STATION,
INDEMNITY INSURANCE CO. OF
NORTH AMERICA, and SEDGWICK
CMS,

   Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Frank J. Clark, Judge.

Date of Accident: October 15, 2021.


April 9, 2024

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael J. Winer of Winer Law Group, PA, Tampa, for Appellant.

Mary Frances Nelson of Eraclides Gelman, Fort Myers, for Appellees.